Mark ROBINSON, Plaintiff–Appellant,

v.

K. BASSETT; Tazewell Correctional Unit # 31, Authorities; Major Pickeral; Ms. Dowdy, Defendants–Appellees.

No. 02–6306.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Mark Robinson, Appellant Pro Se. Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion

PER CURIAM.

Mark Robinson appeals the district court's order dismissing without prejudice his civil rights action filed under 42 U.S.C.A. § 1983 (West Supp.2001), for failure to state a claim upon which relief may be granted. Because the dismissal was without prejudice, Robinson may refile his complaint alleging sufficient facts to state a claim for § 1983 relief. Accordingly, we dismiss the appeal for lack of jurisdiction because the order is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066–67 (4th Cir.1993). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*